JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE STAGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:23-cv-06789 JLS (AJRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (Doc. 16)** |

　　Based upon the stipulation of the parties (Doc. 16) and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

　　IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: December 29, 2023

　　　　　　　　　　　　　　　　　　　　　　／s／ Josephine L. Staton
　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1